# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JUAN M. PEREZ,

    **Plaintiff,**

v.                                            Case No. 04-C-1062

WARDEN JEFFREY P. ENDICOTT, et al.,

    **Defendants,**

## ORDER

Plaintiff Juan M. Perez filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 against staff members and prison officials at Redgranite Correctional Institution and the Wisconsin Department of Corrections. In a decision and order dated March 28, 2008, I denied the plaintiffs' motion for summary judgment.[1] I also granted in part and denied in part defendants' motion for summary judgment. Remaining are plaintiff's claims under RLUIPA and the Free Exercise Clause regarding the denial of his request to hold RGCI's 2003 'Eid-ul-Fitr feast at the religiously appropriate time and the denial of his request for an 'Eid-ul-Adha feast or celebration at RGCI in 2004. I scheduled a status conference for Tuesday, July 22, 2008.

On July 14, 2008, plaintiff filed a motion for reconsideration limited to my dismissal of his claims for religious property requests for the white kufi, larger prayer rug, and silver ring, and the religious diet claim under the Religious Land Use and Institutionalized Persons Act (RLUIPA), 42 U.S.C. § 2000cc. Plaintiff asks me to reconsider my decision in light of

---

[1] At that time, Rahman S. Abdullah was also a plaintiff in this case. He was dismissed from this action as part of my March 28, 2008 decision and order.

<u>Koger v. Bryan</u>, 523 F.3d 789 (7th Cir. 2008), a published decision from the Seventh Circuit released on April 24, 2008. To give me time to consider plaintiff's motion for reconsideration, I cancelled the status conference scheduled for July 22, 2008. (<u>See</u> Notice by the Court, July 18, 2008.) I will also ask defendants to respond to plaintiff's motion on or before August 8, 2008.

**IT IS THEREFORE ORDERED** that defendants shall respond to plaintiff's motion for reconsideration on or before **August 8, 2008**.

Dated at Milwaukee, Wisconsin, this 24 day of July, 2008.

/s_____
LYNN ADELMAN
District Judge

2

Case 2:04-cv-01062-LA   Filed 07/25/08   Page 2 of 2   Document 161